**KATHY BROWN**                     )
                                    )       **NO. 3:12-0788**
**v.**                              )       **JUDGE SHARP**
                                    )
**CONSOLIDATED RESTAURANT**         )
**OPERATIONS, INC.**                )

<u>**O R D E R**</u>

I hereby recuse myself in this action. The file shall be returned to the Clerk for

reassignment to another judge.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE