IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHY BROWN, and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 3:12-00788 ) Chief Judge Haynes |
| v. | ) |
| CONSOLIDATED RESTAURANT OPERATIONS, INC., Defendant. | ) ) ) ) |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion to certify this action as a collective action under 29 U.S.C. § 216(b) (Docket Entry No. 12) is **GRANTED**.

It is **ORDERED** that within fifteen (15) days of the date of this Order, the Defendant shall provide Plaintiff's counsel, in electronic format, if available, the names, last known addresses, and telephone numbers of its current and former non-exempt hourly employees who are or were subject to Defendant's uniform policy at restaurants managed or serviced by the Defendant for the three years prior to the filing of this action. This Order does not include any non exempt employee whose work is fully performed in a foreign country. It is further **ORDERED** that the Plaintiff's proposed notice of this action to all such employees is **APPROVED**. As stated in the accompanying Memorandum, this Notice shall be posted at all restaurants managed or serviced by the Defendant and in the areas where employees congregate. Such notice also shall be distributed with Defendant's current non-exempt hourly employees' next paychecks.

It is so **ORDERED**.

Entered this the ___ day of September, 2013

William J. Haynes, Jr.
Chief United States District Judge