IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KATHY BROWN, and others similarly situated, | § § § § | Case No. 3:12-cv-0788 |
| Plaintiffs, | § § | Judge Nixon<br>Magistrate Judge Bryant |
| v. | § § | |
| CONSOLIDATED RESTAURANT OPERATIONS, INC., | § § § | |
| Defendant. | § § | |

JOINT MOTION TO MODIFY SCHEDULING ORDER

*[Handwritten annotation: ORDER. This motion is granted, but only for an additional 15 days from the date of this Order. 12-2-13]*

The parties jointly move the Court to hold in abeyance the existing Scheduling Order until and including December 20, 2013. As their grounds in support hereof, the parties assert:

1. The Court issued a ruling related to Plaintiff's motion for notice stemming from the request for collective treatment of the allegations in Plaintiff's Complaint. Following that ruling, counsel for the existing parties immediately met and began discussions of possibilities of resolution that may be achievable prior to additional proceedings involving the Court being needed. The parties initially requested sixty days to see if these conversations could be fruitful and that motion was granted by this Court.

2. The sixty day period is set to expire on November 12, 2013. In the last sixty days the parties have been actively engaging in fruitful discussions but the parties believe they need some more time to work through some additional logistics and exchange some additional information. If these ongoing discussions are successful, the resolution of this matter will be

1