IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KATHY BROWN, and others
similarly situated,

        Plaintiffs,

v.

CONSOLIDATED RESTAURANT
OPERATIONS, INC.,

        Defendant.

No.: 3:12-cv-0788
Chief Judge Haynes
Magistrate Judge Bryant

OPT IN COLLECTIVE ACTION
JURY DEMANDED

## UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION

COMES NOW the Plaintiff, by and through counsel, and hereby submits the following Unopposed Motion to Continue Hearing on the parties' Joint Motion for Leave to File a Document under Seal (Docket No. 64). In support of this Motion, the Plaintiff shows as follows:

The hearing in this matter has been set by this Honorable Court for Monday, April 21, 2014 at 10:00am CST (Docket No. 66). However, the undersigned Counsel is scheduled to be in Shreveport, Louisiana for a settlement conference in another matter. Plaintiff has informed opposing counsel, Mr. Boston, of this conflict, and Mr. Boston has no opposition to the hearing being rescheduled.

Accordingly, Plaintiff respectfully requests the Court reset the scheduled hearing in this matter to a different date. Upon consultation with opposing counsel, both parties represent to the Court that they are available on Monday, June 2, 2014 at 2:00pm CST, should this proposed rescheduled time and date please the Court.