IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHY BROWN, and others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) CONSOLIDATED RESTAURANT OPERATIONS, INC., ) ) ) Defendant. ) | No.: 3:12-cv-0788 Judge Nixon Magistrate Judge Bryant OPT IN COLLECTIVE ACTION JURY DEMANDED |

[handwritten annotations: "ORDER — This motion is GRANTED ... 5-29-14"]

### UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY & MEMORANDUM IN SUPPORT THEREOF

COMES NOW the Defendant Consolidated Restaurant Operations, Inc., by and through counsel, and hereby moves the Court for leave to reply to Plaintiff's Response to Defendant's Motion to Dismiss for Lack of Jurisdiction (D.E. 75).

In support of its Motion, Defendant submits the following memorandum:

1. Defendant's Reply is concise (Ex. A). It has only 4 pages of briefing and attaches no new evidence.

2. Defendant believes that a Reply is necessary in order to adequately present the issues to the Court. Specifically, Defendant seeks leave to respond to the numerous assertions Plaintiff sets forth in her Response.

3. Plaintiff does not oppose this Motion. Defendant's Motion for Leave will cause no prejudice to Plaintiff. Moreover, Defendant has permitted similar requests from Plaintiff.