IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHY BROWN, and others similarly situated, | |
| Plaintiffs, | No.: 3:12-cv-0788 |
| | Chief Judge Haynes |
| v. | Magistrate Judge Bryant |
| CONSOLIDATED RESTAURANT OPERATIONS, INC., | OPT IN COLLECTIVE ACTION |
| | JURY DEMANDED |
| Defendant. | |

## UNOPPOSED MOTION TO FILE SUR-REPLY

COME NOW the Plaintiffs, by and through counsel, and moves for an Order permitting Plaintiff to file a Sur-Reply related to Defendant's Motion to Dismiss. As grounds for this Motion, Plaintiffs show as follows.

1. This Motion is unopposed;

2. In Defendant's Reply, it raised an issue related to declaratory relief to which Plaintiffs have not had the opportunity to respond;

3. The Sur-Reply will be less than four pages;

4. A Sur-Reply is necessary for the Court to be fully apprised of the legal issues and for the undersigned counsel to adequately represent Plaintiffs' interests; and

5. A copy of the proposed Sur-Reply is attached hereto.

*[handwritten annotation: This motion is GRANTED, signed, 6-3-14]*